Arthur J. Casey, SBN 123273
Eran S. Forster, SBN 269711
FORD, WALKER, HAGGERTY & BEHAR, LLP
16450 Los Gatos Boulevard, Suite #110
Los Gatos, California 95032
Tel:  (408) 660-3102
Fax:  (408) 660-3105
Email: acasey@fwhb.com
       eforster@fwhb.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYASHREE SINGH,<br><br>           Plaintiff,<br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 TO 50,<br><br>           Defendants. | No. 5:20-cv-08180-NC<br><br>**DECLARATION OF ERAN S. FORSTER IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE: May 31, 2023**<br>**TIME:   1:00pm**<br><br>**JUDGE NATHANAEL COUSINS** |

**DECLARATION OF ERAN S. FORSTER, ESQ.**

I, Eran S. Forster, Esq., declare and state as follows:

1. I am an associate of the Law Firm Ford, Walker, Haggerty & Behar, LLP, attorneys of record for Defendant Costco Wholesale Corporation (hereinafter, "Costco").

2. I have substantial responsibility for this case and have reviewed the file in this matter. I have personal knowledge of the following and, if sworn as a witness, could and would competently testify thereto, under oath.

3. Attached in support of Costco's Motion for Summary Judgment are true and correct copies of Declarations of Jonathan Eric von Delden, an Assistant General Manager at Costco; and Jorge Molina, a Front-End Manager at Costco.

4. Attached as **Exhibit "A"** is a Transcript from the <u>Deposition of Plaintiff Jayashree Singh</u> that was held on September 29, 2022;

5. Attached as **Exhibit "B"** is the Declaration of Jorge Molina;

6. Attached as **Exhibit "C"** are Photographs taken from September 4, 2022, and authenticated by Jorge Molina in Exhibit B para. 8;

7. Attached as **Exhibit "D"** is a true and correct copy of the Video captured on September 4, 2022 of the food court at Costco Food Court;

8. Attached as **Exhibit "E"** is the Declaration of Jonathan Eric von Delden;

9. Attached as **Exhibit "F"** are Screenshots of Video (Exhibit D) capturing the Safety Inspection;

10. Attached as **Exhibit "G"** are Costco's Floor Walk and Safety Sheet dated September 4, 2022, and authenticated by Jonathan Eric von Delden in Exhibit E para. 7;

11. Attached as **Exhibit "H"** are Screenshots of Video (Exhibit D) capturing Jorge Molina;

12. Attached as **Exhibit "I"** are Screenshots of Video (Exhibit D) capturing Costco customer, soda and shopping cart;

13. Attached as **Exhibit "J"** are Screenshots of Video (Exhibit D) capturing Costco customer and soda;

14. Attached as **Exhibit "K"** are Screenshots of Video (Exhibit D) capturing plaintiff's slip and fall.

Dated: April 21, 2023                                FORD, WALKER, HAGGERTY & BEHAR, LLP

By:   */S/ Eran S. Forster*
ARTHUR J. CASEY
ERAN S. FORSTER
Attorneys for Defendant
COSTCO WHOELSALE CORPORATION

---

2
DECLARATION OF ERAN S. FORSTER IN SUPPORT OF DEFENDANT'S          Case No. 5:20-cv-08180-NC
NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT