UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYASHREE SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORP.,<br><br>    Defendant. | Case No. 20-cv-08180-NC<br><br>**ORDER TO SHOW CAUSE WHY COURT SHOULD NOT REVOKE PROTECTIVE ORDER, ECF 59** |

On February 18, 2021, the Court set a deadline of March 24, 2021, for the parties to file a proposed discovery Protective Order in this case. ECF 10. It was not until April 20, 2023, more than two years after the deadline, that Costco filed a proposed Protective Order. ECF 58. The Protective Order was presented as a stipulated order signed by counsel for both parties. Plaintiff's counsel's signature was dated 2/16/2021. ECF 58. The Court approved the stipulated Protective Order on the same day filed, April 20. ECF 59.

The Court now orders Costco to show cause by May 5, 2023, as to why the Court should not revoke the Protective Order. In two motions to seal, ECF 61 and 68, plaintiff's counsel represents that plaintiff has been disadvantaged by Costco's delay in filing the Protective Order and by reliance on Costco's representations that it intended to revise the Protective Order before filing it. Plaintiff also objects that the Protective Order is untimely, overbroad, vague, and ambiguous. ECF 61, Cohen Declaration pp. 7-10.

Under these circumstances, the Court intends to revoke the Protective Order as late and not agreed upon. The Court is also informed by ECF 67 in which Costco asserts a broad view as to what is confidential and should be filed under seal. Costco has an opportunity to persuade the Court by May 5 that the Court should not revoke the Protective Order. Plaintiff may respond by May 8 in a brief not to exceed 2 pages.

**IT IS SO ORDERED.**

Dated: May 2, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge